| | |
|---|---|
| 1 | SCOTT N. SCHOOLS (SCBN 9990)<br>United States Attorney |
| 2 | |
| 3 | MARK KROTOSKI (CSBN 138549)<br>Chief, Criminal Division |
| 4 | MICHELLE MORGAN-KELLY (DEBN 3651)<br>Assistant United States Attorney |
| 5 | |
| 6 | 1301 Clay Street, Suite 340S<br>Oakland, California 94612<br>Telephone: (510)637-3705 |
| 7 | Facsimile: (510)637-3724<br>Email: michelle.morgan-kelly@usdoj.gov |
| 8 | Attorneys for Plaintiff |

FILED

07 JUL 17 PM 4:09

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

PJH

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. |
| Plaintiff, | ) ) | APPLICATION AND [PROPOSED] ORDER TO SEAL INDICTMENT AND ARREST WARRANT |
| v. | ) ) | |
| SHANNON BLAYLOCK,<br> a/k/a ARLANDYS RICHARDSON,<br> a/k/a "DADDY RICH,"<br>TAWAKONI SEATON,<br> a/k/a "TONI," and<br>LATOSHA GARDNER, | ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

The United States hereby moves this honorable Court, for good cause shown, to seal the Indictment and arrest warrants issued in the above-captioned case, and any other related documents, as well as this application and the Court's Order, until further order of this Court.

UNITED STATES' APPLICATION
FOR SEALING ORDER                    1

1 | Defendants are unaware of the current federal investigation. Public disclosure of the
2 | Indictment and arrest warrants could alert the defendants to their impending arrest and provide
3 | them with an opportunity to flee or to destroy evidence. Defendants are facing a significant
4 | sentence of imprisonment. Accordingly, the United States respectfully requests that the above-
5 | described materials be sealed in order to prevent the defendants from learning of the Indictment
6 | and arrest warrants.

DATED: July 17, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

MICHELLE MORGAN-KELLY
Assistant United States Attorney

### [PROPOSED] ORDER

Good cause appearing, it is hereby ORDERED that the following items be filed under seal in the non-public docket, until further order of this Court: the Indictment, arrest warrants, and any other related documents, as well as this application and the Court's Order.

DATED: 7/17/07

HON. NANDOR J. VADAS
United States Magistrate Judge