1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
3  BRIAN STRETCH (CSBN 163973)
   Chief, Criminal Division
4  DENISE MARIE BARTON (MABN 634052)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-7359
7      Facsimile: (415) 436-7234
       denise.barton@usdoj.gov
8
   Attorneys for Plaintiff
9

FILED

AUG 30 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

10                 UNITED STATES DISTRICT COURT
11                 NORTHERN DISTRICT OF CALIFORNIA
12                      SAN FRANCISCO DIVISION
13

14  UNITED STATES OF AMERICA,           )  CR No. 07-0454 PJH
15                                      )
         Plaintiff,                     )  UNITED STATES' MOTION TO LIFT THE
16                                      )  SEAL ON THE INDICTMENT
         v.                             )
17                                      )
    SHANNON BLAYLOCK,                   )
18       aka ARLANDYS RICHARDSON,       )
         aka "DADDY RICH",              )
19  TAWAKONI SEATON,                    )
         aka TONI, and                  )
20  LATOSHA GARDNER,                    )
                                        )
21       Defendant.                     )
    _____)
22

23       The government hereby moves the Court for an order lifting the seal on the above-

24  captioned indictment. The United States believes that the legitimate prosecutorial objectives for

25  sealing that existed upon indictment are no longer present and that the indictment should now be

26  public. The defendant, Latosha Gardner, does not object to this Motion.

27  //

28  //

1 | DATED: August 30, 2007

Respectfully Submitted,

SCOTT N. SCHOOLS
United States Attorney

*/s/ Denise M. Barton*
DENISE MARIE BARTON
Assistant United States Attorney

## ORDER

Based upon the motion of the Government and for good cause shown, IT IS HEREBY ORDERED that the seal on the above-captioned indictment be lifted.

DATED: 8/30/07

HON. PHYLLIS J. HAMILTON
United States District Court Judge

Motion and [Proposed] Order

2