1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
3  BRIAN STRETCH (CSBN 163973)
   Chief, Criminal Division
4
   DENISE MARIE BARTON (MABN 634052)
   Assistant United States Attorney
5
6     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
      Telephone: (415) 436-7359
7     Facsimile: (415) 436-7234
      denise.barton@usdoj.gov
8
   Attorneys for Plaintiff
9

**FILED**
SEP 12 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 07-0454 PJH |
| Plaintiff, | UNITED STATES' MOTION TO LIFT THE SEAL ON THE INDICTMENT |
| v. | |
| SHANNON BLAYLOCK, aka ARLANDYS RICHARDSON, aka "DADDY RICH", TAWAKONI SEATON, aka TONI, and LATOSHA GARDNER, | |
| Defendant. | |

On August 30, 2007, the United States moved the Court for an order lifting the seal on the above-captioned indictment. As of August 30, 2007, the indictment was the only document that the United States had previously requested to be sealed. Upon filing of that Motion, the United States believed that, if granted, the Order would effect a lifting of the seal on the indictment and that no further documents would be sealed. On September 10, 2007, the District Court Clerk's Office advised the United States that the August 30, 2007 Motion and Order would

1  not result in the lifting of the seal on the entire case. At the direction of the Clerk's Office, the
2  United States now moves to lift the seal on the above-captioned case, such that the indictment
3  and all subsequent documents will not be sealed. The United States believes that the legitimate
4  prosecutorial objectives for sealing that existed upon indictment are no longer present and that
5  the indictment and all future documents should now be public. The defendant, Latosha Gardner,
6  does not object to this Motion.

9  DATED: September 12, 2007                    Respectfully Submitted,

10                                              SCOTT N. SCHOOLS
                                                United States Attorney

12                                              /s/ Denise M Barton
13                                              DENISE MARIE BARTON
                                                Assistant United States Attorney

## ORDER

Based upon the motion of the Government and for good cause shown, IT IS HEREBY ORDERED that the seal on the above-captioned case be lifted.

21  DATED: _____

                                                HON. PHYLLIS J. HAMILTON
                                                United States District Court Judge