1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
3  BRIAN J. STRETCH  (CABN 163973)
   Chief, Criminal Division
4  DENISE MARIE BARTON (MABN 634052)
   Assistant United States Attorney
5
   450 Golden Gate Avenue, Box 36055
6  San Francisco, California 94102
   Telephone: (415) 436-7359
7  Facsimile: (415) 436-7234
   denise.barton@usdoj.gov
8
   Attorneys for Plaintiff
9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                        SAN FRANCISCO DIVISION

13

14  UNITED STATES OF AMERICA,        )   CR No.  07-0454 PJH
                                     )
15         Plaintiff,                )   **NOTICE OF CHANGE OF COUNSEL**
                                     )
16     v.                            )
                                     )
17  SHANNON BLAYLOCK,                )
       aka ARLANDYS RICHARDSON,      )
18     aka "DADDY RICH",             )
    TAWAKONI SEATON,                 )
19     aka TONI, and                 )
    LATOSHA GARDNER,                 )
20                                   )
           Defendant.                )
21  _____)

22      The United States Attorney's Office hereby files this Notice of Change of Counsel to

23  advise the court that the assigned Assistant United States Attorney ("AUSA") for this case is

24  Denise M. Barton.  Future ECF notices should be sent to AUSA Barton only at the

25  ///

26  ///

27  ///

28  ///

Case # CR 07-0454 PJH
NOTICE OF CHANGE OF COUNSEL

1  email address of denise.barton@usdoj.gov.  AUSA Michelle Morgan-Kelly should be removed
2  from the list of persons to be noticed.

4  DATED: September 17, 2007           Respectfully submitted,

                                       SCOTT N. SCHOOLS
                                       United States Attorney

                                              /S/
                                       _____
                                       DENISE. M. BARTON
                                       Assistant United States Attorney

Case # CR 07-0454 PJH
NOTICE OF CHANGE OF COUNSEL