SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN STRETCH (CSBN 163973)
Chief, Criminal Division

DENISE MARIE BARTON (MABN 634052)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7359
    Facsimile: (415) 436-7234
    denise.barton@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>SHANNON BLAYLOCK,<br>    aka ARLANDYS RICHARDSON,<br>    aka "DADDY RICH",<br>TAWAKONI SEATON,<br>    aka TONI, and<br>LATOSHA GARDNER,<br><br>    Defendant. | CR No. 07-0454 PJH<br><br>RESPONSE TO THE COURT'S REQUEST<br>FOR ADDITIONAL CITATIONS |

On October 26, 2007, following argument, the Court invited the parties to submit any additional citations to cases addressing the constitutionality of the mandatory release conditions set forth at Title 18, United States Code, section 3142(c)(1)(A).

//

//

//

The United States advises that, to date, it has not found any cases on-point.

                                          Respectfully submitted,

                                          SCOTT N. SCHOOLS
                                          United States Attorney

                                          /s/
                                          DENISE MARIE BARTON
                                          Assistant United States Attorney

October 30, 2007