UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

Date: December 12, 2007                                    JUDGE: Phyllis J. Hamilton

Case No:  CR-07-0454 PJH

Case Name:        UNITED STATES  v.  SHANNON BLAYLOCK (C)
                  UNITED STATES  v.  TAWAKONI SEATON (C)
                  UNITED STATES  v.  LATOSHA GARDNER (Present)

Attorney for Plaintiff:     Denise Barton
Attorney for Defendant:  M. Stepanian (Blaylock); Kenneth Wine (Seaton);
                         Jodi Linker (Gardner)

Deputy Clerk:  Nichole Heuerman                  Court Reporter: Kathy Wyatt

**PROCEEDINGS**

Defendant Latosha Gardner's Motion to Sever-DENIED as stated on the record.

Trial Setting-Held.  Mr. Wine informs the court that discovery has been received but un-redacted discovery is still outstanding.  Mr. Stepanian informs the court that he has just been appointed counsel and has not received any discovery.  Ms. Linker and Mr. Wine inform the court that a motion to compel production of the hard drive may need to be filed with the court as stated on the record.

Ms. Linker's request to file a motion regarding Magistrate Judge Chen's order on Ms. Gardner's pretrial release conditions is granted by the court.  Ms. Linker shall set forth new argument that was not previously submitted to Judge Chen.  The parties shall meet and confer and submit a stipulation as to the briefing schedule for this motion.  No hearing needs to be set.  The motion will be decided on the papers unless the court informs the parties that oral argument will be necessary.

Time is excluded from 12/12/07 to 1/23/08 for effective preparation of counsel and in light of the defendants being joined and no motion to sever being granted.  The government's request to exclude time due to complexity is not granted at this time.  The court will allow newly appointed defense counsel for Ms. Seaton and Mr. Blaylock an opportunity to form an opinion before deciding if the case is complex.

**CASE CONTINUED TO: January 23, 2008 at 1:30 p.m. for Motion/Trial Setting**.

--------------------------------------------------------------------------------------------------------------------
**EXCLUDABLE DELAY:** 12/12/07 to 1/23/08
--------------------------------------------------------------------------------------------------------------------

**cc:** chambers