UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

Date: January 23, 2008                                JUDGE: Phyllis J. Hamilton

Case No: CR-07-0454 PJH

Case Name:    UNITED STATES   v.   Latosha Gardner
              UNITED STATES   v.   Tawakoni Seaton (In Custody)
              UNITED STATES   v.   Shannon Baylock (In Custody)

**Attorney for Plaintiff:**   Denise Barton
**Attorney for Defendant:**   Jodi Linker (Gardner), Kenneth Wine (Seaton),
                              Michael Stepanian (Baylock)

**Deputy Clerk:** Frank Justiliano               **Court Reporter**: Debra Pas
**Interpreter:** None                            **Probation Officer**: None

**PROCEEDINGS**

Trial Setting held.   Matters continued to allow parties time to review additional information received.  If defendant Gardner's case is dismissed on January 30th then her appearance at the February 20, hearing is vacated.  Counsel for AUSA to prepare order regarding exclusion of time.

**CASE CONTINUED TO:** January 30, 2008 at 2:30 pm. **for** status date as to defendant Gardner.
                      February 20, 2008 at 1:30 pm. **for** further hearing as to defendants
                      Seaton, Blaylock and Gardner.

**cc:**   Chambers