JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN STRETCH (CSBN 163973)
Chief, Criminal Division

DENISE MARIE BARTON (MABN 634052)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7359
    Facsimile: (415) 436-7234
    denise.barton@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No. 07-0454 PJH |
|     Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER TO CONTINUE MOTIONS/TRIAL SETTING DATE AND TO EXCLUDE TIME UNDER 18 U.S.C. § 3161 |
| v. ) | |
| SHANNON BLAYLOCK, ) <br>     aka ARLANDYS RICHARDSON, ) <br>     aka "DADDY RICH", ) <br> TAWAKONI SEATON, ) <br>     aka TONI, and ) <br> LATOSHA GARDNER, ) <br>     Defendants. ) | |

    This matter is on calendar for Motions / Trial Setting on Wednesday, February 20, 2008 at 1:30 pm. For the following reasons, counsel for the government and counsel for defendants Blaylock and Seaton, respectfully request to continue this matter to March 26, 2008 at 1:30 pm.

    On February 2, 2008, counsel for the Government was injured in an accident and has been on medical leave for much of the time since that date. On February 20, 2008, counsel for the government will have a knee surgery, necessitating additional estimated two weeks medical leave following the surgery. Although counsel for the government intends to return to work as

1  soon as possible, she has been advised by her doctor that she should plan for a two-weeks
2  absence following the surgery.  Further, counsel for Seaton is unavailable on March 5, 2008;
3  counsel for Blaylock is unavailable on vacation from March 6, 2008 through March 25, 2008.
4        Counsel for the government and counsel for defendant Blaylock and Seaton agree that the
5  time between February 20, 2008 and March 26, 2008 is properly excluded pursuant to the
6  Speedy Trial Act, Title 18 United States Code, sections 3161(h)(8)(A) and 3161(h)(8)(B)(iv) for
7  continuity of counsel.  Although counsel for defendant Gardner does not contest the need for the
8  continuance due to counsel for the government's medical situation and is available on March 26,
9  2008, for the record, she objects to the continuance and exclusion of time for the reasons
10 previously articulated in appearances before this Court.

12 SO STIPULATED:

                                       JOSEPH P. RUSSONIELLO
                                       United States Attorney

DATED: February 14, 2008                /s/_____
                                       DENISE MARIE BARTON
                                       Assistant United States Attorney

DATED: February 14, 2008                /s/_____
                                       MICHAEL STEPANIAN
                                       Attorney for SHANNON BLAYLOCK

DATED: February 14, 2008                /s/_____
                                       JODI LINKER
                                       Attorney for LATOSHA GARDNER

DATED: February 14, 2008                /s/_____
                                       KENNETH WINE
                                       Attorney for TAWAKONI SEATON

      For the reasons stated above, the Court continues the date for Motions / Trial Setting
from February 20, 2008, at 1:30 pm to March 26, 2008  at 1:30 pm.  The Court finds that the for
the foregoing reasons, the ends of justice served by granting the requested continuance outweigh

STIPULATION [AND PROPOSED ORDER] - CR 07-0454 PJH                                                        2

1  the best interests of the public and the defendant in a speedy trial and failure to do so would deny
2  the government continuity of counsel, taking into account the exercise of due diligence.  See 18
3  U.S.C. § 3161(h)(8)(A) and 3161(h)(8)(B)(iv).  Accordingly, time shall be excluded from
4  February 20, 2008 through March 26, 2008.

7  SO ORDERED.

10  DATED:_____                    _____
                                            HONORABLE PHYLLIS J. HAMILTON
11                                          United States District Court Judge