UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES

**Date:** March 26, 2008      **JUDGE:** Phyllis J. Hamilton

**Case No:** CR-07-0454 PJH

**Case Name:** UNITED STATES v. LATOSHA GARDNER (Present)
              UNITED STATES v. TAWAKONI SEATON (C)
              UNITED STATES v. SHANNON BLAYLOCK (C)

**Attorney for Plaintiff:** Denise Barton
**Attorney for Defendant:** Jodi Linker (Gardner); Kenneth Wine (Seaton); M. Stepanian (Blaylock)

**Deputy Clerk:** Nichole Heuerman      **Court Reporter:** Jim Yeomans

### PROCEEDINGS

    Further Status (Gardner)-Held. The government informs the court that the parties have reached an agreement and a notice of dismissal will be filed as to Ms. Gardner. Some additional time is needed to finalize the paperwork. The court continues the matter for two weeks to April 9, 2008 at 1:30 p.m. instead of 2:30 p.m. Time is excluded from 3/26/08 to 4/9/08 for effective preparation of counsel. The government to prepare order regarding exclusion of time.

    Motion/Trial Setting (Seaton and Blaylock)-Held. The parties inform the court that additional discovery has been handed over today and is now complete. The parties request to continue the matter to complete review of discovery and to discuss a possible disposition is granted by the court. Time is excluded from 3/26/08 to 4/30/08 for effective preparation of counsel. The government to prepare order regarding exclusion of time.

**CASE CONTINUED TO:** April 9, 2008 at 1:30 p.m. for Further Status (Gardner).
                    April 30, 2008 at 1:30 p.m. for Trial Setting/Change of Plea (Seaton and Blaylock).

**cc:** chambers