JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN STRETCH (CSBN 163973)
Chief, Criminal Division

DENISE MARIE BARTON (MABN 634052)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7359
   Facsimile: (415) 436-7234
   denise.barton@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>  v.<br>SHANNON BLAYLOCK,<br>   aka ARLANDYS RICHARDSON,<br>   aka "DADDY RICH",<br>TAWAKONI SEATON,<br>   aka TONI,<br>    Defendants. | CR No. 07-0454 PJH<br><br>STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM DECEMBER 12, 2007 THROUGH JANUARY 23, 2008 |

     On December 12, 2007, the parties in this case appeared before the Court.  Counsel for the United States and counsel for co-defendants Blaylock and Seaton stipulated that time should be excluded from the Speedy Trial Act calculations from December 12, 2007 through January 23, 2008.  The parties represented that granting the continuance was necessary for effective preparation of counsel and continuity of counsel, taking into account the exercise of due diligence, to afford counsel time to review discovery and due to scheduled vacations during

STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME, 07-0454 PJH
1

which counsel would not be available.  See 18 U.S.C. § 3161(h)(8)(B)(iv).  Counsel for the United States also moved to exclude time for pursuant to 18 U.S.C. § 3161(h)(7) because co-defendants are joined for trial with other co-defendants with whom the time for trial has not run and a motion for severance has not been granted.  Counsel for co-defendant Gardner objected to the exclusion of time on all grounds.

SO STIPULATED:

                                     JOSEPH P. RUSSONIELLO
                                     United States Attorney

DATED: April 30, 2008                          /s / Denise Barton
                                     DENISE MARIE BARTON
                                     Assistant United States Attorney

DATED: April 30, 2008                          /s/
                                     MICHAEL STEPANIAN
                                     Attorney for SHANNON BLAYLOCK

DATED: April 30, 2008                          /s/
                                     KENNETH WINE
                                     Attorney for TAWAKONI SEATON

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |

2    As the Court found on December 12, 2007 and for the reasons stated above, the Court finds
3 that the ends of justice served by the continuance outweigh the best interests of the public and
4 the defendant in a speedy trial and that time should be excluded from the Speedy Trial Act
5 calculations December 12, 2007 through January 23, 2008 for effective preparation and
6 continuity of counsel.  See 18 U.S.C. §3161 (h)(8)(A).  The failure to grant the requested
7 continuance would deny counsel reasonable time necessary for effective preparation and
8 continuity of counsel, taking into account the exercise of due diligence, and would result in a
9 miscarriage of justice.  See 18 U.S.C. §3161(h)(8)(B)(iv).  The Court also finds that time is
10 properly excluded pursuant to 18 U.S.C. § 3161(h)(7) because co-defendants are joined for trial
11 with other co-defendants with whom the time for trial has not run and a motion for severance has
12 not been granted

15 SO ORDERED.

17 DATED: _____     _____
                                             HONORABLE. PHYLLIS J. HAMILTON
18                                           United States District Judge

STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME, 07-0454 PJH

3