1    JOSEPH P. RUSSONIELLO (CSBN 44332)
     United States Attorney

2

3    BRIAN STRETCH (CSBN 163973)
     Chief, Criminal Division

4    DENISE MARIE BARTON (MABN 634052)
     Assistant United States Attorney

5

6        450 Golden Gate Avenue, Box 36055
         San Francisco, California 94102
         Telephone: (415) 436-7359

7        Facsimile: (415) 436-7234
         denise.barton@usdoj.gov

8
     Attorneys for Plaintiff

9
                      UNITED STATES DISTRICT COURT

10
                   NORTHERN DISTRICT OF CALIFORNIA

11
                        SAN FRANCISCO DIVISION

12

13                                          )    CR No.  07-0454 PJH
     UNITED STATES OF AMERICA,               )
14                                          )
             Plaintiff,                      )
15                                          )    STIPULATION AND [PROPOSED] ORDER
         v.                                  )    EXCLUDING TIME  FROM JANUARY 23,
16                                          )    2008 THROUGH FEBRUARY 20, 2008
     SHANNON BLAYLOCK,                        )
17       aka ARLANDYS RICHARDSON,             )
         aka "DADDY RICH",                    )
18   TAWAKONI SEATON,                         )
         aka TONI,                            )
19                                          )
             Defendants.                     )
20   _____ )
                                             )
21

22          On January 23, 2008, the parties in this case appeared before the Court.  Counsel for the

23   United States and counsel for co-defendants Blaylock and Seaton stipulated that the case is a

24   complex case under 18 U.S.C. § 3161(h)(8)(B)(ii).  These parties also stipulated that time should

25   be excluded from the Speedy Trial Act calculations from January 23, 2008 through February 20,

26   2008.  These parties represented that granting the continuance was necessary for effective

27   preparation of counsel, taking into account the exercise of due diligence, to afford counsel time

28   to review discovery.  See 18 U.S.C. § 3161(h)(8)(B)(iv).  Counsel for co-defendant Gardner

     STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME, 07-0454 PJH
                                          1

1    objected to the exclusion of time on all grounds.

2    SO STIPULATED:

3
                                            JOSEPH P. RUSSONIELLO
4                                           United States Attorney

5

6    DATED: April 30, 2008                  _____/s/_____Denise Barton_____
                                            DENISE MARIE BARTON
7                                           Assistant United States Attorney

8

9    DATED: April 30, 2008                  _____/s/_____
                                            MICHAEL STEPANIAN
10                                          Attorney for SHANNON BLAYLOCK

11

12   DATED: April 30, 2008                  _____/s/_____
                                            KENNETH WINE
13                                          Attorney for TAWAKONI SEATON

14
                              **[Proposed] Order**
15
          As the Court found on January 23, 2008 and for the reasons stated above, the Court finds that
16
     the ends of justice served by the continuance outweigh the best interests of the public and the
17
     defendants in a speedy trial and that time should be excluded from the Speedy Trial Act
18
     calculations from January 23, 2008 through February 20, 2008 for effective preparation of
19
     counsel and due to the complexity of the case.  See 18 U.S.C. §3161 (h)(8)(A).  The failure to
20
     grant the requested continuance would deny counsel reasonable time necessary for effective
21
     preparation of counsel, taking into account the exercise of due diligence, and would result in a
22
     miscarriage of justice.  See 18 U.S.C. §3161(h)(8)(B)(iv).
23

24
     SO ORDERED.
25

26
     DATED: _____            _____
27                                          HONORABLE. PHYLLIS J. HAMILTON
                                            United States District Judge
28

STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME, 07-0454 PJH