UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES

**Date:** April 30, 2008                              **JUDGE:** Phyllis J. Hamilton

**Case No:** CR-07-0454 PJH

**Case Name:**   UNITED STATES  v.  TAWAKONI SEATON (C)
                 UNITED STATES  v.  SHANNON BLAYLOCK (C)

**Attorney for Plaintiff:**     Denise Barton
**Attorney for Defendant:**   Kenneth Wine (Seaton); M. Stepanian (Blaylock)

**Deputy Clerk:** Nichole Heuerman              **Court Reporter**: Joan Columbini

### PROCEEDINGS

   Trial Setting-Held. The government's request to continue the matter for a status conference due to witness issues as stated on the record is granted by the court. Time is excluded from 4/30/08 to 6/25/08 for unavailability of witness. The government to prepare order regarding exclusion of time.

   The parties shall report back to the court within two weeks regarding if all parties agree to be referred to a Magistrate Judge to conduct a settlement conference.


**CASE CONTINUED TO: June 25, 2008 at 1:30 p.m. for Status**.


**cc:** chambers