JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN STRETCH (CSBN 163973)
Chief, Criminal Division

DENISE MARIE BARTON (MABN 634052)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7359
    Facsimile: (415) 436-7234
    denise.barton@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No.  07-0454 PJH |
| ) | |
|     Plaintiff, ) | |
| ) | |
|     v. ) | STIPULATION AND [~~PROPOSED~~] ORDER EXCLUDING TIME  FROM DECEMBER 12, 2007 THROUGH JANUARY 23, 2008 |
| ) | |
| SHANNON BLAYLOCK, ) | |
|     aka ARLANDYS RICHARDSON, ) | |
|     aka "DADDY RICH", ) | |
| TAWAKONI SEATON, ) | |
|     aka TONI, ) | |
| ) | |
|     Defendants. ) | |
| _____ ) | |
| ) | |

On December 12, 2007, the parties in this case appeared before the Court.  Counsel for the United States and counsel for co-defendants Blaylock and Seaton stipulated that time should be excluded from the Speedy Trial Act calculations from December 12, 2007 through January 23, 2008.  The parties represented that granting the continuance was necessary for effective preparation of counsel and continuity of counsel, taking into account the exercise of due diligence, to afford counsel time to review discovery and due to scheduled vacations during

1   which counsel would not be available.   See 18 U.S.C. § 3161(h)(8)(B)(iv).  Counsel for the

2   United States also moved to exclude time for pursuant to 18 U.S.C. § 3161(h)(7) because co-

3   defendants are joined for trial with other co-defendants with whom the time for trial has not run

4   and a motion for severance has not been granted.  Counsel for co-defendant Gardner objected to

5   the exclusion of time on all grounds.

6

7   SO STIPULATED:

8

9                                             JOSEPH P. RUSSONIELLO
                                              United States Attorney
10

11
    DATED: April 30, 2008                     _____/s / Denise Barton_____
12                                            DENISE MARIE BARTON
                                              Assistant United States Attorney
13

14
    DATED: April 30, 2008                     _____/s/_____
15                                            MICHAEL STEPANIAN
                                              Attorney for SHANNON BLAYLOCK
16

17
    DATED: April 30, 2008                     _____/s/_____
18                                            KENNETH WINE
                                              Attorney for TAWAKONI SEATON
19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME, 07-0454 PJH

1

[~~PROPOSED~~] **ORDER**

2    As the Court found on December 12, 2007 and for the reasons stated above, the Court finds

3    that the ends of justice served by the continuance outweigh the best interests of the public and

4    the defendant in a speedy trial and that time should be excluded from the Speedy Trial Act

5    calculations December 12, 2007 through January 23, 2008 for effective preparation and

6    continuity of counsel. See 18 U.S.C. §3161 (h)(8)(A).  The failure to grant the requested

7    continuance would deny counsel reasonable time necessary for effective preparation and

8    continuity of counsel, taking into account the exercise of due diligence, and would result in a

9    miscarriage of justice. See 18 U.S.C. §3161(h)(8)(B)(iv).  The Court also finds that time is

10    properly excluded pursuant to 18 U.S.C. § 3161(h)(7) because co-defendants are joined for trial

11    with other co-defendants with whom the time for trial has not run and a motion for severance has

12    not been granted

13

14

15    SO ORDERED.

16

17    DATED: _5/1/08_____

18    HO_____AMILTON
     Unit_____

19    UNITED STATES DISTRICT COURT

IT IS SO ORDERED

Judge Phyllis J. Hamilton

NORTHERN DISTRICT OF CALIFORNIA

20

21

22

23

24

25

26

27

28