```
1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
   BRIAN STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  DENISE MARIE BARTON (MABN 634052)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-7359
7      Facsimile: (415) 436-7234
       denise.barton@usdoj.gov
8
   Attorneys for Plaintiff
9
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>    v.<br>SHANNON BLAYLOCK,<br>    aka ARLANDYS RICHARDSON,<br>    aka "DADDY RICH",<br>TAWAKONI SEATON,<br>    aka TONI, and<br>LATOSHA GARDNER,<br>    Defendant. | CR No. 07-0454 PJH<br><br>STIPULATION AND [~~PROPOSED~~] ORDER EXCLUDING TIME UNDER 18 U.S.C. § 3161 |

On March 26, 2008, the parties in this case appeared before the Court and stipulated that time should be excluded from the Speedy Trial Act calculations for co-defendant Gardner from March 26, 2008 through April 9, 2008 and for co-defendants Blaylock and Seaton from March 26, 2008 through April 30, 2008. The parties represented that granting the continuance was

//

//

STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME, 07-0454 PJH

1

1 necessary for effective preparation of counsel, taking into account the exercise of due diligence.
2 <u>See</u> 18 U.S.C. § 3161(h)(8)(B)(iv).
3 SO STIPULATED:

        JOSEPH P. RUSSONIELLO
        United States Attorney

DATED: April 30, 2008        /s/ Denise Barton
        DENISE MARIE BARTON
        Assistant United States Attorney

DATED: April 30, 2008        /s/
        MICHAEL STEPANIAN
        Attorney for SHANNON BLAYLOCK

DATED: April 30, 2008        /s/
        KENNETH WINE
        Attorney for TAWAKONI SEATON

DATED: April 30, 2008        /s/
        JODI LINKER
        Attorney for LATOSHA GARDNER

|   |   |
|---|---|
| 1 | **[Proposed] Order** |

2   As the Court found on March 26, 2008 and for the reasons stated above, the Court finds that
3   the ends of justice served by the continuance outweigh the best interests of the public and the
4   defendants in a speedy trial and that time should be excluded from the Speedy Trial Act
5   calculations time should be excluded from March 26, 2008 through April 9, 2008 for co-
6   defendant Gardner and from March 26, 2008 through April 30, 2008 for co-defendants Blaylock
7   and Seaton for effective preparation of counsel. See 18 U.S.C. §3161 (h)(8)(A). The failure to
8   grant the requested continuance would deny counsel reasonable time necessary for effective
9   preparation of counsel, taking into account the exercise of due diligence, and would result in a
10  miscarriage of justice. See 18 U.S.C. §3161(h)(8)(B)(iv).

12  SO ORDERED.

14  DATED:  5/1/08

HONORABLE _____ TON
United St_____



STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME, 07-0454 PJH
3