JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN STRETCH (CSBN 163973)
Chief, Criminal Division

DENISE MARIE BARTON (MABN 634052)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7359
    Facsimile: (415) 436-7234
    denise.barton@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br>   v. <br> SHANNON BLAYLOCK, <br>     aka ARLANDYS RICHARDSON, <br>     aka "DADDY RICH", <br> TAWAKONI SEATON, <br>     aka TONI, and <br> LATOSHA GARDNER, <br>     Defendant. | CR No.  07-0454 PJH <br><br> STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM APRIL 30, 2008 THROUGH JUNE 25, 2008 |

On April 30, 2008, the parties in this case appeared before the Court and stipulated that time should be excluded from the Speedy Trial Act calculations from April 30, 2008 through June 25, 2008.  The parties represented that granting the continuance was necessary due to the

//

//

STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME EXCLUDING TIME FROM APRIL 30, 2008 THROUGH JUNE 25, 2008, 07-0454 PJH

1

unavailability of a witness, the alleged victim.  See 18 U.S.C. § 3161(h)(3).

SO STIPULATED:

                        JOSEPH P. RUSSONIELLO
                        United States Attorney

DATED: April 30, 2008                    /s/ Denise Barton
                        DENISE MARIE BARTON
                        Assistant United States Attorney

DATED: April 30, 2008                    /s/
                        MICHAEL STEPANIAN
                        Attorney for SHANNON BLAYLOCK

DATED: April 30, 2008                    /s/
                        KENNETH WINE
                        Attorney for TAWAKONI SEATON

    As the Court found on April 30, 2008 and for the reasons stated above, the Court finds that time should be excluded from the Speedy Trial Act calculations time from April 30, 2008 through June 25, 2008.  See 18 U.S.C. §3161(h)(3).

SO ORDERED.

DATED: _____          _____
                        HONORABLE. PHYLLIS J. HAMILTON
                        United States District Judge