1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
   BRIAN STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  DENISE MARIE BARTON (MABN 634052)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-7359
7      Facsimile: (415) 436-7234
       denise.barton@usdoj.gov
8
   Attorneys for Plaintiff
9

                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA

                        SAN FRANCISCO DIVISION


   UNITED STATES OF AMERICA,           )   CR No.  07-0454 PJH
                                       )
           Plaintiff,                  )
                                       )
       v.                              )   STIPULATION AND [P~~ROPOSED~~] ORDER
                                       )   EXCLUDING TIME FROM APRIL 30, 2008
                                       )   THROUGH JUNE 25, 2008
   SHANNON BLAYLOCK,                   )
       aka ARLANDYS RICHARDSON,        )
       aka "DADDY RICH",               )
   TAWAKONI SEATON,                    )
       aka TONI, and                   )
   LATOSHA GARDNER,                    )
                                       )
           Defendant.                  )
                                       )

   On April 30, 2008, the parties in this case appeared before the Court and stipulated that time should be excluded from the Speedy Trial Act calculations from April 30, 2008 through June 25, 2008.  The parties represented that granting the continuance was necessary due to the

   //

   //

   STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME EXCLUDING TIME FROM APRIL 30, 2008
   THROUGH JUNE 25, 2008, 07-0454 PJH
                                       1

1 | unavailability of a witness, the alleged victim.  See 18 U.S.C. § 3161(h)(3).

3 | SO STIPULATED:

                                       JOSEPH P. RUSSONIELLO
                                       United States Attorney

DATED: April 30, 2008                     /s/ Denise Barton
                                       DENISE MARIE BARTON
                                       Assistant United States Attorney

DATED: April 30, 2008                     /s/
                                       MICHAEL STEPANIAN
                                       Attorney for SHANNON BLAYLOCK

DATED: April 30, 2008                     /s/
                                       KENNETH WINE
                                       Attorney for TAWAKONI SEATON

    As the Court found on April 30, 2008 and for the reasons stated above, the Court finds that time should be excluded from the Speedy Trial Act calculations time from April 30, 2008 through June 25, 2008.  See 18 U.S.C. §3161(h)(3).

SO ORDERED.

DATED: 5/5/08

IT IS SO ORDERED
Judge Phyllis J. Hamilton

HONORABLE PHYLLIS J. HAMILTON
United States District Judge

STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME EXCLUDING TIME FROM APRIL 30, 2008 THROUGH JUNE 25, 2008, 07-0454 PJH
2