MICHAEL STEPANIAN
Attorney at Law (CSBN 037712)
819 Eddy Street
San Francisco, CA 94109
Telephone: (415) 771-6174
Facsimile:   (415) 474-3748

Attorneys for Defendant
SHANNON BLAYLOCK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

–ooo–

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. No. 07-0454-PJH |
| Plaintiff, | |
| vs. | **NOTICE OF UNAVAILABILITY FOR PURPOSES OF TRIAL** |
| SHANNON BLAYLOCK, et al., | |
| Defendants. | |

TO:   THIS HONORABLE COURT AND TO ASSISTANT UNITED STATES ATTORNEY DENISE MARIE BARTON:

Undersigned counsel for Shannon Blaylock will be unavailable for purposes of a trial date for the following periods:

On September 12, 2008, I am set to commence a jury trial in *United States vs. Seidel*, *et al.*, CR. 06-00539-JF.  This is a firm trial date in a multi-defendant complicated tax matter and will probably last two weeks.  It will most likely proceed;

On October 13-19, 2008, I am scheduled to be out of state on an elk hunting trip where travel expenses have already been paid;

///

1  On November 4-December 3, 2008, I am planning to be in India with my wife and
2  others on a vacation planned a year ago with travel expenses already paid.  While in India, I
3  intend to interview potential witnesses in *United States vs. Sekhon (CR. 06*-00058-FCD)
4  which is set for trial on February 24, 2009, in the Eastern District of California;
5  I still feel strongly that this case should be resolved and will do everything in my
6  power to resolve it.
7  I apologize for any inconvenience to the Court and counsel as to the above
8  scheduling.

                           Respectfully submitted,

                           <u>/s/ Michael Stepanian</u>
                           Michael Stepanian
                           Attorney for Defendant
                           Shannon Blaylock