JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN STRETCH (CSBN 163973)
Chief, Criminal Division

DENISE MARIE BARTON (MABN 634052)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7359
    Facsimile: (415) 436-7234
    denise.barton@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>    v.<br>SHANNON BLAYLOCK,<br>   aka ARLANDYS RICHARDSON,<br>   aka "DADDY RICH" and<br>TAWAKONI SEATON,<br>   aka TONI, and<br>    Defendant. | CR No. 07-0454 PJH<br><br>NOTICE REGARDING DEFENSE REQUEST<br>FOR SETTLEMENT CONFERENCE |

At the last appearance before this Court on April 30, 2008, defendants suggested a referral to a Magistrate Judge for a Settlement Conference pursuant to Criminal Local Rule 11-1. At that time, counsel for the United States advised the Court and the defendants that it must obtain approval of the United States Attorney's Office before agreeing to seek a request for a Settlement Conference. The Court asked counsel for the United States to report back to the Court by May 14, 2008 if it would agree to make a request for a Settlement Conference. The

NOTICE REGARDING DEFENSE REQUEST FOR SETTLEMENT CONFERENCE, 07-0454 PJH
1

United States now informs the Court and defendants, that it does not want to participate in a settlement conference and does not join in making a request for a Settlement Conference pursuant to Local Rule 11-1.

JOSEPH P. RUSSONIELLO
United States Attorney

DATED: May 9, 2008

/s/
DENISE MARIE BARTON