UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

**Date: June 25, 2008**                                       **JUDGE: Phyllis J. Hamilton**

**Case No:** CR-07-0454 PJH

**Case Name:** UNITED STATES   v.   TAWAKONI SEATON (C)
UNITED STATES   v.   SHANNON BLAYLOCK (C)

**Attorney for Plaintiff:**    Denise Barton
**Attorney for Defendant:**  Kenneth Wine (Seaton); M. Stepanian (Blaylock)

**Deputy Clerk:** Nichole Heuerman          **Court Reporter**: Debra Pas

**PROCEEDINGS**

Status/Trial Setting-Held.  The court sets a Jury Trial date of 9/15/08 at 8:30 a.m. with a Pretrial Conference date of 8/27/08 at 1:30 p.m.  If Mr. Stepanian's trial before Judge Fogel goes forward on 9/15/08 then the parties shall appear for a Status Conference on 9/17/08 at 1:30 p.m.  Time is excluded from 6/25/08 to 9/15/08 for the reasons stated on the record.  The government to prepare order regarding exclusion of time.

**CASE CONTINUED TO: August 27, 2008 at 1:30 p.m. for Pretrial Conference**.
                                **September 15, 2008 at 8:30 a.m. for Jury Trial**.
                                **September 17, 2008 at 1:30 p.m. for Status if JF trial goes forward**.

**cc:** chambers