JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

DENISE MARIE BARTON (MABN 634052)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7359
Facsimile: (415) 436-7234
denise.barton@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff<br><br>　　　　v.<br><br>SHANNON BLAYLOCK and<br>TAWAKONI SEATON<br><br>　　　　Defendants | No. 07-0454 PJH<br><br>**UNITED STATES' PROPOSED VERDICT FORM**<br><br>Pre-Trial Conference: August 27, 2008<br>Time:　　　　　　　1:30 p.m.<br><br>Trial Date:　　　　September 15, 2008<br>Time:　　　　　　　8:30 a.m. |

　　　Pursuant to the June 28, 2008 Order of Pretrial Preparation For Criminal Jury Trial *(ECF Docket No. 77)*, the United States hereby submit the following Proposed Verdict Form.

Date: August 13, 2008　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　JOSEPH P. RUSSONIELLO
　　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　　　　　___/s/_____
　　　　　　　　　　　　　　　　　　DENISE MARIE BARTON
　　　　　　　　　　　　　　　　　　Assistant United States Attorney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>　　　　　　　　　　　　　　　　)<br>　　Plaintiff　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>　　　　　　v.　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>SHANNON BLAYLOCK and　　　　　　)<br>TAWAKONI SEATON　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>　　Defendants　　　　　　　　　)<br>　　　　　　　　　　　　　　　　) | No.07-0454 PJH<br><br>**VERDICT FORM** |

COUNT ONE

1. We the Jury, find the defendant, SHANNON BLAYLOCK,

　　_____　　GUILTY

　　_____　　NOT GUILTY

of the crime of conspiring to commit the offense of sex trafficking a minor, in violation of 18 U.S.C. § 1591, all in violation of 18 U.S.C. § 371, as charged in Count 1 of the Indictment.

2. We the Jury, find the defendant, TAWAKONI SEATON,

　　_____　　GUILTY

　　_____　　NOT GUILTY

of the crime of conspiring to commit the offense of sex trafficking a minor, in violation of 18 U.S.C. § 1591, all in violation of 18 U.S.C. § 371, as charged in Count 1 of the Indictment.

COUNT TWO

3.  We the Jury, find the defendant, SHANNON BLAYLOCK,

    _____          GUILTY

    _____          NOT GUILTY

of the crime of Sex Trafficking of a Minor, in violation of 18 U.S.C. § 1591, as charged in Count 2 of the Indictment.

4.  If you find the defendant, SHANNON BLAYLOCK, guilty of Sex Trafficking of a Minor, please indicate which of the means in the first element of the offense you found he committed this offense (you may find any or all):

    _____          That the defendant did knowingly recruit, entice, harbor, transport, provide, or obtain a person;

    _____          That the defendant did knowingly did benefit, financially or by receiving anything of value, from participation in a venture that recruited, enticed, harbored, transported, provided, or obtained a person.

5.  We the Jury, find the defendant, TAWAKONI SEATON,

    _____          GUILTY

    _____          NOT GUILTY

of the crime of Sex Trafficking of a Minor, in violation of 18 U.S.C. § 1591, as charged in Count 2 of the Indictment.

6.  If you find the defendant, TAWAKONI SEATON, guilty of Sex Trafficking of a Minor, please indicate which of the means in the first element of the offense you found she committed this offense (you may find any or all):

    _____          That the defendant did knowingly recruit, entice, harbor, transport, provide, or obtain a person;

    _____          That the defendant did knowingly did benefit, financially or by receiving anything of value, from participation in a venture that recruited, enticed, harbored, transported, provided, or obtained a person.

_____
FOREPERSON

DATED: September \_\_\_, 2008