MICHAEL STEPANIAN
Attorney at Law (CSBN 037712)
819 Eddy Street
San Francisco, CA 94109
Telephone: (415) 771-6174
Facsimile:  (415) 474-3748

Attorney for Defendant Shannon Blaylock

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

−ooo−

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-0454 PJH |
| ) Plaintiff, ) | |
| vs. ) ) | **DEFENDANT SHANNON BLAYLOCK'S ADDITIONAL QUESTIONS FOR COURT'S** |
| SHANNON BLAYLOCK, et al., ) ) | **GENERAL VOIR DIRE OF THE JURY** |
| Defendant ) ) / | Trial Date: September 15, 2008 Pretrial Conference: August 27, 2008 Hearing Time: 1:30 p.m. |

COMES NOW defendant Shannon Blaylock pursuant to Rule 24(a) of the Federal Rules of Criminal Procedure, that the Court include the attached questions in its general voir dire of the jurors prior to the requested attorney conducted voir dire in order that the defense may effectively exercise its challenges for cause and peremptory challenges. The court has an affirmative duty to pose

///

///

///

///

///

---

1  uestions which will elicit information above and beyond the level required to disqualify a juror for
2  cause. See U.S. v. Washington, 819 F.2d 221, 224 (9th Cir. 1987).
3
4  DATED: August 13, 2008             Respectfully submitted,
5
6
7                                     By    /s/ Michael Stepanian
                                            Michael Stepanian
8                                           Attorney for Defendant
                                            Shannon Blaylock
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1. Defendant Shannon Blaylock is charged with sex trafficking of a child and conspiracy to engage in sex trafficking of a child. Is there anything about the nature of these charges that would make it difficult for you to be fair and impartial as a judge of the facts?

2. Defendant Shannon Blaylock has engaged in sex trafficking of adult women. He is not charged with a crime for engaging in this conduct. Can you set aside any bias or prejudice you may have against him because he engaged in sex trafficking of adult women?

3. In order for the Government to meet its burden of proving defendant's guilt beyond a reasonable doubt, the Government must prove the defendant had actual knowledge of the age of a female identified as "V.S." and not simply that he should have known. Is there anything about Shannon Blaylock's background that you have heard that would prevent you from being impartial in deciding whether the Government met its burden of proof?

DATED: August 13, 2008        Respectfully submitted,

By    /s/ Michael Stepanian
    Michael Stepanian
    Attorney for Defendant
    Shannon Blaylock