1  MICHAEL STEPANIAN
   Attorney at Law (CSBN 037712)
2  819 Eddy Street
   San Francisco, CA 94109
3  Telephone: (415) 771-6174
   Facsimile:  (415) 474-3748
4
   Attorney for Defendant Shannon Blaylock
5
6                    UNITED STATES DISTRICT COURT
7                    NORTHERN DISTRICT OF CALIFORNIA
8                              −ooo−
9
   UNITED STATES OF AMERICA,        )  No. CR 07-0454 PJH
10                                  )
              Plaintiff,            )  **DEFENDANT SHANNON BLAYLOCK'S**
11                                  )  **PROPOSED SPECIAL VERDICT FORM**
      vs.                           )
12                                  )
   SHANNON BLAYLOCK, et al.,        )  Trial Date: September 15, 2008
13                                  )  Pretrial Conference: August 27, 2008
              Defendant             )  Hearing Time: 1:30 p.m.
14                                  )
                                    /
15
16
17
18 _____
        COMES NOW defendant Shannon Blaylock and proposes the following special verdict form
19
   attached hereto.
20
21
   DATED: August 13, 2008         Respectfully submitted,
22
23
24                        By      /s/ Michael Stepanian
                                  Michael Stepanian
25                                Attorney for Defendant
                                  Shannon Blaylock
26
27
28

---

*UNITED STATES OF AMERICA v. BLAYLOCK*                                    No. CR 07-0454 PJH
PROPOSED SPECIAL VERDICT FORM                                                              1

**PROPOSED SPECIAL VERDICT FORM**

We, the jury find defendant Shannon Blaylock _____ (Not guilty or Guilty) of the offense of conspiracy to engage in sex trafficking of a child in violation of Section 371 of Title 18 of the United States Code as charged in Count One of the Indictment.

If you find defendant Shannon Blaylock guilty, you must answer the following questions:

(1) Do you unanimously agree that from February 2007 to March 22, 2007, defendant Shannon Blaylock entered into an agreement with Tawakoni Seaton to accomplish the objective of recruiting, enticing, harboring, transporting, providing, or obtaining by any means a person knowing that the person had not attained the age of 18 years and will be caused to engage in a commercial sex act ("the illegal objective")?

No _____

Yes _____

(2) Do you unanimously agree that from February 2007 to March 22, 2007, defendant Shannon Blaylock engaged in one or more overt acts in furtherance of the illegal objective? And

No _____

Yes _____

(3) Do you unanimously agree that the Government proved beyond a reasonable doubt that defendant Shannon Blaylock had the required intent to carry out the illegal objective?

No _____

Yes _____

///
///
///
///
///
///
///
///

1       We, the jury find defendant Shannon Blaylock _____ (Not guilty
2  or Guilty) of the offense of sex trafficking of a child in violation of Section 1591 of Title 18 of the
3  United States Code as charged in Count Two of the Indictment.
4       If you find defendant Shannon Blaylock guilty, you must answer the following questions:
5  (1)  Do you unanimously agree that from February 2007 to March 22, 2007, defendant Shannon
6       Blaylock recruited, enticed, harbored, transported, provided, or obtained by any means
7       Victoria Stearman knowing that she had not attained the age of 18 years and was caused to
8       engage in a commercial sex act?
9       No _____
10      Yes _____

---

*UNITED STATES OF AMERICA v. BLAYLOCK*　　　　　　　　　　　　　　　　　　　　　　　　No. CR 07-0454 PJH
PROPOSED SPECIAL VERDICT FORM　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　3