1  MICHAEL STEPANIAN
   Attorney at Law (CSBN 037712)
2  819 Eddy Street
   San Francisco, CA 94109
3  Telephone: (415) 771-6174
   Facsimile:   (415) 474-3748
4
   Attorney for Defendant Shannon Blaylock
5

6                    UNITED STATES DISTRICT COURT

7                   NORTHERN DISTRICT OF CALIFORNIA

8                              –ooo–

9
   UNITED STATES OF AMERICA,            )  No. CR 07-0454 PJH
10                                       )
           Plaintiff,                    )
11                                       )  **DEFENDANT SHANNON BLAYLOCK'S**
        vs.                              )  **PRETRIAL STATEMENT**
12                                       )
   SHANNON BLAYLOCK, et al.,             )
13                                       )  Trial Date:  September 15, 2008
           Defendant                     )  Pretrial Conference: August 27, 2008
14                                       )  Hearing Time: 1:30 p.m.
                                         /
15

16

17

18
           COMES NOW defendant Shannon Blaylock and submits the following pretrial conference
19
   statement pursuant to N.D. Cal. Local Crim. Rule 17.1-1(b).
20

21  **(1)    Disclosure and contemplated use of statements or reports of witnesses under the Jencks
           Act, 18 U.S.C. § 3500, or FRCrimP 26.2.**
22
           None.
23
24  **(2)    Disclosure and contemplated use of grand jury testimony of witnesses intended to be
           called at the trial.**
25
           Please see defendants' motion to compel grand jury testimony of alleged victim identified as
26  "V.S." in the indictment filed concurrently herewith.

27  **(3)    Disclosure of exculpatory or other evidence favorable to the defendant on the issue of
           guilt or punishment.**
28

---

1    Not applicable to defendant's disclosure obligations.

2    **(4)    Stipulation of facts which may be deemed proved at the trial without further proof by either party and limitation of witnesses.**

3    None at this time.

4    **(5)    Appointment by the Court of interpreters under FRCrimP 28.**

5    Not applicable.

6    **(6)    Dismissal of counts and elimination from the case of certain issues, e.g., insanity, alibi and statute of limitations.**

7

8    None.

9    **(7)    Joinder pursuant to FRCrimP 13 or the severance of trial as to any co-defendant.**

10    Not applicable.

11    **(8)    Identification of informers, use of lineup or other identification evidence and evidence of prior convictions of defendant or any witness, etc.**

12    Not applicable to defendant's disclosure obligations.

13    **(9)    Pretrial exchange of lists of witnesses intended to be called in person or by deposition to testify at trial, except those who may be called only for impeachment or rebuttal.**

14

15    Not applicable to defendant's disclosure obligations.

16    **(10)    Pretrial exchange of documents, exhibits, summaries, schedules, models or diagrams intended to be offered or used at trial, except materials that may be used only for impeachment or rebuttal.**

17

18    None at this time.

19    **(11)    Pretrial resolution of objections to exhibits or testimony to be offered at trial.**

20    Defendant has not been informed by the Government of what it intends to offer sufficient to

21    respond to this item.

22    **(12)    Preparation of trial briefs on controverted points of law likely to arise at trial.**

23    See motions in limine filed concurrently herewith.

24    **(13)    Scheduling of the trial and of witnesses.**

25    Not applicable to defendant's disclosure obligations.

26    **(14)    Request to submit questionnaire for prospective jurors pursuant to Crim.. L.R. 24-1, voir dire questions, exercise of peremptory and cause challenges and jury instructions.**

27    See defendant's proposed voir dire questions and proposed jury instructions filed

28

1  concurrently herewith.

2  **(15)    Any other matter which may tend to promote a fair and expeditious trial.**

3        None at this time.

4

5

6  DATED: August 13, 2008            Respectfully submitted,

7

8                                    /s/ Michael Stepanian
                                By  _____
9                                    Michael Stepanian
                                     Attorney for Defendant
10                                   Shannon Blaylock

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28