JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

DENISE MARIE BARTON (MABN 634052)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7359
    Facsimile: (415) 436-7234
    denise.barton@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.07-0454 PJH |
|     Plaintiff | ) | **NOTICE OF EXHIBIT LIST** |
|     v. | ) | Pre-Trial Conference: August 27, 2008<br>Time:    1:30 p.m. |
| SHANNON BLAYLOCK and<br>TAWAKONI SEATON | ) | Trial Date:    September 15, 2008<br>Time:    8:30 a.m. |
|     Defendants | ) | |

    The United States herewith submits its Exhibit List to the Court. This list was served on defense counsel as provided for in the Order for Pretrial Preparation for Criminal Jury Trial dated June 26, 2008 (*ECF Docket No. 77*).

//
//
//
//
//

NOTICE OF EXHIBIT LIST, CR 07-0454 PJH

EXHIBIT LIST

Cell Phone Recovered From Goodnight Inn on March 22, 2008

Enterprise Rental Car Agreement Recovered From Goodnight Inn on March 22, 2008

CraigsLists Ads Obtained By South San Francisco Police Department

Marked Photo Arrays of Latosha Gardner

Marked Photo Arrays of Tawakoni Seaton

Marked Photo Arrays of Shannon Blaylock

Marked Photo Arrays of Hotel Rooms

Delta Flight documents received from V.S.

US Airways flight stub received from V.S.

Credit Card statement received from V.S.

Credit Card received from V.S.

Gold chain received from V.S.

Emails received from V.S from Seaton and Blaylock

Business card for Blazin Exotics received from V.S.

Photographs of Hotels At Which V.S. was prostituted

Delta flight document received from Anna Stearman

Credit Card statement received from Anna Stearman

Summary Chart of Phone Calls Between Blaylock, Seaton, and V.S.

Summary Chart of Hotel Reservations

1  Custodians of Records Exhibits

2  AT&T Telephone Records
    Ph. 347-749-3845
3      Ph. 225-252-1962
    Ph. 917-499-4618
4
  AT&T Southwest Telephone Records
5      Ph.281-227-5080

6  Best Western Hotel Lodging Records

7  Broadband IP, Inc. Internet Protocol Records
    IP addresses: 69.58.66.90, 66.135.27.9
8
  Comcast Internet Protocol Records
9      IP addresses: : 71.204.173.240, 69.181.62.126

10 COMCAST Cable Communication, Inc. Internet Protocol Records
    IP addresses: : 71.204.173.240, 69.181.62.126
11
  COVAD Communications Internet Protocol Records
12     IP addresses: : 69.101.114.106

13 Craiglist Posting Records

14 Delta Airlines, Inc. Travel Reservations

15 DoubleTree Hotel Lodging Records

16 Good Night Inn Lodging Records

17 Enterprise Rent-A-Car Booking Reservations

18 Expedia, Inc. Travel Reservations

19 JP Morgan Chase Account Records
    Account #: 4865-0938-0826-4940
20
  MetroPCS Telephone Records
21     Ph. 510-677-7182
    Ph. 415-240-1608
22     Ph. 415-724-3413

23 MySpace.com Records For www.myspace/ninelyfes

24 Residence Inn - Marriott Lodging Records

25

26

27

28

NOTICE OF EXHIBIT LIST, CR 07-0454 PJH

3

1  Sprint Telephone Records
    Ph. 347-438-8554
2      Ph. 469-499-4702
    Ph. 469-499-4618
3      Ph. 323-643-5304
    Ph. 469-499-4006
4      Ph: 214-445-7750
    Ph. 214-445-7932
5      Ph. 323-334-8001

6  T-Mobile USA Telephone Records
    Ph. 484-300-3690
7      Ph. 580-760-0881
    Ph. 580-760-0881
8

TelePacific Communications Telephone Records
9      Ph: 310-644-2232

10  Travelodge Lodging Records

11  US Airways Travel Reservations

12  Verizon Wireless Telephone Records
    Ph. 510-685-6143
13
XO Communications Telephone Records
14      Ph. 415-430-0088

15  Yahoo Subscriber Records
    ninelyfes@yahoo.com
16      damargates@yahoo.com
    planetxadult@yahoo.com
17      toniluvsu411@yahoo.com
    sadeyedange1076425@yahoo.com
18      richnine@yahoo.com

21  Date: August 18, 2008                  Respectfully submitted,

22                                            JOSEPH P. RUSSONIELLO
                                          United States Attorney

24                                            _____/s/_____
25                                            DENISE MARIE BARTON
                                          Assistant United States Attorney

NOTICE OF EXHIBIT LIST, CR 07-0454 PJH