JOSEPH P. RUSSONIELLO (CNB 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

DENISE MARIE BARTON (MABN 634052)
Assistant United States Attorney

DAVID HALL (CSBN 66081)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    E-Mail: david.hall2@usdoj.gov

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>    Plaintiff, )<br>)<br>  v. )<br>)<br>SHANNON BLAYLOCK and )<br>TAWAKONI SEATON )<br>)<br>    Defendant. ) | No.07-0454 PJH<br><br>**NOTICE OF ASSOCIATION OF COUNSEL FOR PLAINTIFF** |

     TO THE CLERK OF THE COURT, UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, AND TO ALL PARTIES HEREIN:

     PLEASE TAKE NOTICE THAT THE CLERK is hereby asked to enter the appearance of David Hall, Assistant United States Attorney ("AUSA"), as additional counsel of record, with Denise Marie Barton, representing the United States of America. The Clerk is requested to change the docket sheet and other Court records so as to reflect that all Orders and communications from the Court will in the future be additionally directed to AUSA David Hall

1  at the above mailing address, telephone number, facsimile number, and e-mail address.

2      Please continue to serve the United States of America through Denise Marie Barton and

3  David Hall, who joins as counsel for the United States for this matter.

5  DATED: August 20, 2008                              Respectfully submitted,

6                                                 JOSEPH P. RUSSONIELLO
                                               United States Attorney

9                                                 /s/
                                             DAVID HALL
                                             Assistant United States Attorney