RANDY SUE POLLOCK
Attorney at Law (CSBN 64473)
2831 Telegraph Avenue
Oakland, CA 94609
San Francisco, CA 94109
Telephone: (510) 763-9967
Facsimile: (510) 272-0711

Attorney for Defendant
SHANNON BLAYLOCK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

–ooo–

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>SHANNON BLAYLOCK,<br><br>    Defendant<br>_____ / | CR. **07-00454-PJH**<br><br>**NOTICE OF ASSOCIATION OF COUNSEL FOR DEFENDANT**<br>_____ |

TO THE CLERK OF THE COURT, UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, AND TO ALL PARTIES HEREIN:

PLEASE TAKE NOTICE THAT THE CLERK is hereby asked to enter the appearance of Randy Sue Pollock, as additional counsel of record with Michael Stepanian as counsel for defendant Shannon Blaylock. The clerk is requested to change the docket sheet and other court records so as to reflect that all Orders and communications from the

///

///

///

1  Court will in the future be additionally directed to Ms. Pollock at the above mailing
2  address, telephone number, facsimile number and e-mail address.

4  DATE: August 21, 2008                    Respectfully submitted,

7                                           /s/ Randy Sue Pollock
                                            RANDY SUE POLLOCK