1  MICHAEL STEPANIAN
   Attorney at Law (CSBN 037712)
2  819 Eddy Street
   San Francisco, CA 94109
3  Telephone: (415) 771-6174
   Facsimile:  (415) 474-3748
4
   RANDY SUE POLLOCK
5  Attorney at Law (CSBN 64493)
   2831 Telegraph Avenue
6  Oakland, CA 94609
   Telephone: (510) 763-9967
7  Facsimile:  (510) 272-0711

8  Attorneys for Defendant Shannon Blaylock

9
                   UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                              –oOo–
12

13 | UNITED STATES OF AMERICA,              ) No. CR 07-0454 PJH
                                            )
14 |         Plaintiff,                     ) **EX PARTE APPLICATION TO PERMIT**
                                            ) **LATE FILING OF DEFENDANT'S**
15 |    vs.                                 ) **OPPOSITION TO GOVERNMENT'S**
                                            ) **OMNIBUS MOTION IN LIMINE;**
16 | SHANNON BLAYLOCK, et al.,              ) **DECLARATION OF COUNSEL; PROPOSED**
                                            ) **ORDER**
17 |         Defendant                      )
                                            )
18 |_____/

19     Defendant Shannon Blaylock, by and through his counsel of record Randy Sue Pollock, hereby

20 applies for an Order permitting the late filing of the defense opposition to the government's omnibus

21 motion in limine. This application is based on this application, the accompanying declaration of counsel,

22 and the files and record in this case.

23

24 Date:  August 21, 2008                     Respectfully submitted,

25
                                              /s/ Randy Sue Pollock
26                                            Randy Sue Pollock

27

28

**DECLARATION OF COUNSEL**

I, Randy Sue Pollock, declare and state as follows:

1. I am co-counsel for defendant Shannon Blaylock in CR. 07-00454-PJH;

2. On August 13, 2008, the governments filed their pretrial motions and counsel did receive their Omnibus Motion In Limine as well as the Motion In Limine that was filed *under seal*;

3. Unfortunately due to counsel's oversight, the opposition to the government's Omnibus Motion in Limine was inadvertently not filed yesterday as required;

4. The government has no objection to this late filing.

I declare under penalty of perjury that the above is true and correct to the best of my knowledge. Executed this 21st day of August, 2008 in Oakland, CA.

/s/ Randy Sue Pollock
RANDY SUE POLLOCK

1  MICHAEL STEPANIAN
   Attorney at Law (CSBN 037712)
2  819 Eddy Street
   San Francisco, CA 94109
3  Telephone: (415) 771-6174
   Facsimile:  (415) 474-3748
4
   RANDY SUE POLLOCK
5  Attorney at Law (CSBN 64493)
   2831 Telegraph Avenue
6  Oakland, CA 94609
   Telephone: (510) 763-9967
7  Facsimile:  (510) 272-0711

8  Attorneys for Defendant Shannon Blaylock

                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA

                              –ooo–

| UNITED STATES OF AMERICA, | ) No. CR 07-0454 PJH |
|---|---|
| Plaintiff, | ) [**PROPOSED**] ORDER TO PERMIT LATE FILING OF DEFENDANT'S OPPOSITION TO GOVERNMENT'S OMNIBUS MOTION IN LIMINE; DECLARATION OF COUNSEL |
| vs. | |
| SHANNON BLAYLOCK, et al., | |
| Defendant | |

   GOOD CAUSE SHOWN, based on the application and declaration of counsel for defendant SHANNON BLAYLOCK,   IT IS HEREBY ORDERED that defendant's application for a one day extension until August 21, 2008, to file their opposition to the government's omnibus motion in limine is GRANTED/~~DENIED~~.

Date: 8/26/08

_____
PHYLLIS J. HAMILTON
U.S. DISTRICT JUDGE

IT IS SO ORDERED
Judge Phyllis J. Hamilton