## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES

**Date: August 27, 2008**                          **JUDGE:  Phyllis J. Hamilton**

**Case No:  CR-07-0454 PJH**

**Case Name:  UNITED STATES   v.  SHANNON BLAYLOCK (C)**


**Attorney for Plaintiff:      Denise Barton; Dave Hall**
**Attorney for Defendant:   Michael Stepanian; Randy Pollock**

**Deputy Clerk:** Nichole Heuerman                          **Court Reporter**: Sahar McVickar

### PROCEEDINGS

Pretrial Conference-Held.  The court hears motions in limine.

Government to disclose 404(b) evidence by Tuesday 9/2/08 with opposition to be filed by Wednesday 9/3/08.  In its list of bad act evidence, the government should separate out 404(b) evidence from non 404(b) evidence.

Government shall submit descriptions of coconspirator statements by Friday 9/5/08 as stated on the record.

Government to produce grand jury transcripts to defendant by Friday 8/29/08.

Defendant to file motion re: past sexual conduct of victim pursuant to Rule 412 by Tuesday 9/2/08 with opposition to be filed by Friday 9/5/08.

The court holds part of hearing in camera and out of the presence of government counsel.


**CASE CONTINUED TO: September 15, 2008 at 8:30 a.m. for Jury Trial**.
                              .


**cc:** chambers