1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CASBN 163973)
3  Chief, Criminal Division

4  DENISE MARIE BARTON (MABN 634052)
   C. DAVID HALL (CSBN 66081)
5  Assistant United States Attorneys

6      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
7      Telephone: (415) 436-7359
       Facsimile: (415) 436-7234
8      denise.barton@usdoj.gov

9  Attorneys for Plaintiff

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                           SAN FRANCISCO DIVISION

13
   UNITED STATES OF AMERICA,       )   No.07-0454 PJH
14                                 )
           Plaintiff                )  **NOTICE REGARDING RELATED**
15                                 )   **CASE FILING AND PENDING**
           v.                       )  **TRIAL DATE**
16                                 )
   SHANNON BLAYLOCK,               )
17                                 )   Trial Date:   September 15, 2008
           Defendant                )  Time:         8:30 a.m.
18                                 )

19

20     Earlier today, September 11, 2008, the United States file a Notice of Related Case

21 (*ECF Docket No. 122*) in connection with the matter of *United States v. Daphene Vickers,*

22 *a/k/a California Slim, Terri, Daphene Johnson, Daphene Blaylock*, Case No. CR 3-08-

23 70552 JCS.  The United States hereby advises this Court that notwithstanding the recent

24 apprehension of the defendant in the related case, in light of the pending trial date in this

25 case and expectations and planning of the Court and all parties in connection with that trial

26 //

27 //

28

UNITED STATES' NOTICE REGARDING RELATED CASE FILING AND PENDING TRIAL DATE, CR 07-
0454 PJH
                                        1

1  date, the United States does not, at this time, seek a continuance in order to consolidate
2  the related cases and is prepared to proceed to trial against defendant Blaylock on
3  September 15, 2008.

6  Date: September 11, 2008                Respectfully submitted,

7                                          JOSEPH P. RUSSONIELLO
                                           United States Attorney

10                                         _____/s/_____
                                           DENISE MARIE BARTON
                                           C. DAVID HALL
11                                         Assistant United States Attorneys

UNITED STATES' NOTICE REGARDING RELATED CASE FILING AND PENDING TRIAL DATE, CR 07-0454 PJH

2