# Randy Sue Pollock
Attorney at Law

2831 Telegraph Avenue
Oakland, CA 94609
Tel: (510) 763-9967
Fax (510) 272-0711

Honorable Phyllis J. Hamilton　　　　　　　　　　　　　September 12, 2008
U.S. District Court Judge
450 Golden Gate Avenue, 17th Fl.
San Francisco, CA 94102

      Re:    United States vs. Shannon Blaylock
             CR. 07-0454-PJH

Dear Judge Hamilton:

As you are aware, the government filed a Notice of Filing a Related Case given the arrest on September 10th of Daphne Vickers in the Central District of California. Ms. Vickers is not yet in our district however the government does intend to either join her as a defendant in this case or to negotiate a disposition that would include her cooperation as a government witness.

Notwithstanding this change in the posture of the trial, we do still intend to proceed with jury selection on September 15th however we may need to request a short continuance of one to three days or so since we do not know what Ms. Vickers will do regarding her charges or what discovery exists regarding her involvement in the case. Her position in the case most definitely impacts our opening statement and cross-examination of the key witnesses.

                                                Very truly yours,

                                                *Randy Sue Pollak*

                                                Randy Sue Pollock
                                                Michael Stepanian

c.c.    Denise Barton, Esq.
         David Hall, Esq.