JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

DENISE MARIE BARTON (MABN 634052)
C. DAVID HALL (CSBN 66081)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7359
    Facsimile: (415) 436-7234
    denise.barton@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.07-0454 PJH |
|     Plaintiff | **AMENDED NOTICE OF EXHIBIT LIST** |
|     v. | Trial Date:     September 15, 2008 |
| SHANNON BLAYLOCK | Time:         8:30 a.m. |
|     Defendants | |

    The United States herewith submits this Amended Exhibit List to the Court.  The Exhibits will be provided to the Court on the first day of trial in one binder as directed by the Clerk and this Exhibit list will be provided with each binder.

//

//

//

//

//

NOTICE OF EXHIBIT LIST, CR 07-0454 PJH

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

Case No.:    CR 07-0454            Date:    September 15, 2008

United States of America    v.    Shannon Blaylock

(X) PLAINTIFF'S    (  ) DEFENDANT'S

EXHIBIT LIST

| Exhibit No. | Exhibit Description | Bates Number | Date Entered |
|---|---|---|---|
| 1 | Birth Certificate of V.L. | | |
| 2 | Adoption Record of V.L. | | |
| 3 | Birth Certificate of V.S. | | |
| 4 | Oklahoma Department of Public Safety Record of Re-issue on March 26, 2007 of State Identification Card for V.S. | | |
| 5 | Social Security Administration Record of Re-issue on March 26, 2007 of Social Security Card for V.S. | | |
| 6 | CraigsList Advertisement with photos obtained by South San Francisco Police Department, Posting ID # 295375970 | | |
| 7 | CraigsList Advertisement with photos obtained by South San Francisco Police Department, Posting ID # 295380794 | | |
| 8 | CraigsList Advertisement with photos obtained by South San Francisco Police Department, Posting ID # 295389379 | | |
| 9 | CraigsList Advertisement with photos obtained by South San Francisco Police Department, Posting ID # 295740974 | | |

UNITED STATES V. BLAYLOCK, 07-454 PJH, EXHIBIT LIST

## UNITED STATES V. BLAYLOCK, 07-454 PJH

### EXHIBIT LIST

| | | | |
|---|---|---|---|
| 10 | CraigsList Advertisement with photos obtained by South San Francisco Police Department, Posting ID # 295743396 | | |
| 11 | CraigsList Advertisement with photos obtained by South San Francisco Police Department, Posting ID # 296192289 | | |
| 12 | CraigsList Advertisement with photos obtained by South San Francisco Police Department, Posting ID # 298279700 | | |
| 13 | Business card for Blazin Exotics received from V.S. | | |
| 14 | Delta Flight and US Airways flight documents for March 1, 2007 flight of V.S. | | |
| 15 | Green Dot Credit Card of V.S. | | |
| 16 | Green Dot Credit Card statements of V.S. | | |
| 17 | Cell Phone Recovered From Goodnight Inn on March 22, 2008 | | |
| 18 | Enterprise Rental Car Agreement Recovered on March 22, 2008 | | |
| 19 | Keys Recovered From Goodnight Inn on March 22, 2008 | | |
| 20 | Craiglist Posting Records March 16, 2007 Post ID # 295375970 | 00173 | |
| 21 | Craiglist Posting Records March 16, 2007 Post ID # 295380794 | 00172 | |
| 22 | Craiglist Posting Records March 16, 2007 Post ID # 295389379 | 00170-00171 | |
| 23 | Craiglist Posting Records March 17, 2007 Post ID # 295740974 | 00171-00172 | |
| 24 | Craiglist Posting Records March 17, 2007 Post ID # 295743396 | 00169 | |
| 25 | Craiglist Posting Records March 18, 2007 Post ID # 296192289 | 00169-00170 | |

## UNITED STATES V. BLAYLOCK, 07-454 PJH

### EXHIBIT LIST

| | | | |
|---|---|---|---|
| 26 | Craiglist Posting Records March 21, 2008 Post ID # 298279700 | 00168 | |
| 27 | Delta Airlines, Inc. Travel Records for Tawakoni Seaton for travel on February 24, 2007 from Baton Rouge, LA to Philadelphia, PA | 01101-01106 | |
| 28 | Delta Airlines, Inc Travel Records for Tawakoni Seaton for travel on March 1, 2007 from Philadelphia, PA to New Orleans, LA | 01157-01159 | |
| 29 | Delta Airlines, Inc Travel Records for V.S. for travel on March 1, 2007 from Philadelphia, PA to New Orleans, LA | 01164-01166 | |
| 30 | Delta Airlines, Inc Travel Records for Tawakoni Seaton for travel on March 22, 2007 from Baton Rouge, LA to Philadelphia, PA | 01171-01176 | |
| 31 | Expedia, Inc. Travel Records for March 10, 2007 Reservation of Arlandys Richardson | | |
| 32 | Expedia, Inc. Travel Records for March 12, 2007 Reservation of Arlandys Richardson | | |
| 33 | Expedia, Inc. Travel Records for March 13, 2007 Reservation of Arlandys Richardson | | |
| 34 | Expedia, Inc. Travel Records for March 14, 2007 Reservation of Arlandys Richardson | | |
| 35 | Expedia, Inc. Travel Records for March 18, 2007 Reservation of Antonio Williams | | |
| 36 | Expedia, Inc. Travel Records for March 20, 2007 Reservation of Antonio Williams | | |
| 37 | Residence Inn - Marriott Lodging Records for Arlandys Richardson from March 10-11, 2007 | 00987-00988 (partial bates stamp nos.) | |

## UNITED STATES V. BLAYLOCK, 07-454 PJH

### EXHIBIT LIST

| | | | |
|---|---|---|---|
| 38 | DoubleTree Hotel Lodging Records for Arlandys Richardson from March 11-12, 2007 | | |
| 39 | Best Western Hotel Lodging Records for Arlandys Richardson from March 12-13, 2007 | 00984, (partial bates stamp nos.) | |
| 40 | Travelodge Lodging Records for Arlandys Richardson from March 13-14, 2007 | 00950-00952 | |
| 41 | Good Nite Inn Lodging Records for Arlandys Richardson from March 14-16, 2007 | (partial bates stamp nos.) 01472-01474 | |
| 42 | Good Nite Inn Lodging Records for Antonio Williams from March 18-20, 2007 | 01479-01480 | |
| 43 | Good Nite Inn Lodging Records for Antonio Williams from March 20-24, 2007 | (partial bates stamp nos.) 01475-01478 | |
| 44 | COMCAST Cable Communication, Inc. Internet Protocol Records of customer Linda Ivory, 756 LeConte Avenue, San Francisco<br>    IP address: 71.204.173.240 on March 16, 2007<br>    IP address: 69.181.62.126 on March 18, 2007 | | |
| 45 | COVAD Communications Internet Protocol Records of customer Travelodge, 326 South Airport Blvd, South San Francisco<br>    IP address: : 67.101.114.106 on March 17, 2007 | 00210-00217 | |

## UNITED STATES V. BLAYLOCK, 07-454 PJH

### EXHIBIT LIST

| | | | |
|---|---|---|---|
| 46 | Broadband IP, Inc. Internet Protocol Records of Customer Lodgenet Entertainment Group, Amerisuites Hotel, 6080 Bluebonnet Blyd., Baton Rouge, LA     IP addresses: 69.58.66.90 on March 21, 2007 | | |
| 47 | Enterprise Rent A Car Records for March 20, 2007 Car Rental | 00942-00944 | |
| 48 | MetroPCS Telephone Records of V.S. from March 15, 2007 through March 26, 2007 for Cellular Telephone 510-677-7182 | 00274-00289 | |
| 49 | Sprint Telephone Records of Shannon Blaylock from February 23, 2007 through March 26, 2007 for Cellular Telephone 347-438-8554 | 00471-00512 | |
| 50 | Sprint Telephone Records of Tawakoni Seaton from February 14, 2007 through March 26, 2007 for Cellular Telephone 469-499-4618 | 00513-00660 | |
| 51 | Sprint Telephone Records of Tawakoni Seaton from February 14, 2007 through March 13, 2007 for Cellular Telephone 214-445-7750 | 00203-00206 | |
| 52 | Sprint Subscriber Records of Daphene Vickers from February 24, 2007 through March 22, 2007 for Cellular Telephone 323-643-5304 | 01459-01460<br><br>01470-01471 | |
| 53 | Sprint Subscriber Records of Daphene Vickers from February  2007 through March 22, 2007 for Cellular Telephone 323-334-8001) | 00303-00306 | |
| 54 | Photographs of Residence Inn - Marriott, South San Francisco, CA | | |
| 55 | Photographs of Doubletree Hotel, Burlingame, CA | | |
| 56 | Photographs of Travelodge, South San Francisco, CA | | |
| 57 | Photographs of Good Nite Inn, South San Francisco, CA | | |

**UNITED STATES V. BLAYLOCK, 07-454 PJH**

**EXHIBIT LIST**

| 58 | Photographs of 1483 Newcomb Avenue, San Francisco, CA | | |
|----|-------------------------------------------------------|--|--|
| 59 | Summary Chart of Craigslist Postings **[to be added]** | | |
| 60 | Summary Chart of Phone Calls  **[to be added]** | | |
| 61 | Summary Chart of Hotel Reservations  **[to be added]** | | |

Date: September 14, 2008                    Respectfully submitted,

                                            JOSEPH P. RUSSONIELLO
                                            United States Attorney


                                            _____/s/_____
                                            DENISE MARIE BARTON
                                            C. DAVID HALL
                                            Assistant United States Attorney