## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES

**Date: September 15, 2008**                    **JUDGE: Phyllis J. Hamilton**

**Case No: CR-07-0454 PJH**

**Case Name:  UNITED STATES  v.  SHANNON BLAYLOCK (C)**

**Attorney for Plaintiff:     Denise Barton; Dave Hall**
**Attorney for Defendant:  Michael Stepanian; Randy Pollock**

**Deputy Clerk:** Nichole Heuerman              **Court Reporter**: Sahar McVickar

### PROCEEDINGS

Change of Plea-Held. The plea agreement is signed and filed in court. The defendant is sworn. The court finds the defendant to be fully competent and capable of entering into an informed plea. The plea is knowing and voluntary. The court finds a factual basis for the plea. The defendant enters a plea of guilty as to count two of the Indictment. The plea is accepted by the court. The defendant is adjudged guilty of the offense. The case is referred to probation to conduct a presentence investigation. The trial date set for 9/15/08 is VACATED.

**CASE CONTINUED TO: December 10, 2008 at 1:30 p.m. for Sentencing.**

**cc:** chambers